UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                               CASE NO. 3:05-cr-378-J-32HTS

TRAVIS SANTEL MOSS

**CONSENT MOTION AND MEMORANDUM OF THE UNITED STATES
FOR ISSUANCE OF A PRELIMINARY ORDER OF FORFEITURE**

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully submits the following:

1. On November 17, 2005, a federal Grand Jury charged Defendant Travis Santel Moss in an Indictment (Dkt. 1) which charged the Defendant with conspiracy to distribute cocaine, a Schedule II controlled substance, the amount of cocaine being five (5) kilograms or more, in violation of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A).

2. On February 15, 2006, the Defendant entered into a plea of guilty to Count One of the Indictment (Dkt. 117). In the Plea Agreement, the Defendant agreed to forfeit, pursuant to 21 U.S.C. § 853 for such violations, his interest, if any, in the seized sum of $20,600.00 in U.S. currency. The Plea Agreement provides the requisite nexus for forfeiture of the currency the Defendant agrees to forfeit.

3. Pursuant to the provisions of 21 U.S.C. § 853, all right, title and interest which the Defendant may hold in the above-described sum of $20,600.00 in U.S. currency is subject to forfeiture.

4. The undersigned has conferred with defense counsel, Frank A. Rubino, Esquire, and has been authorized to represent that he consents, on behalf of his client,

to the relief sought in this motion.

WHEREFORE, the United States respectfully requests that this Court enter a judgment of criminal forfeiture by issuing a Preliminary Order of Forfeiture forfeiting to the United States of America the interest, if any, of the Defendant in the above-described sum of $20,600.00 in U.S. currency.

                                                          Respectfully submitted,

                                                          PAUL I. PEREZ
                                                          United States Attorney

By:    *s/ Bonnie A. Glober*
          BONNIE A. GLOBER
          Assistant United States Attorney
          Florida Bar No. 0748307
          United States Attorney's Office
          300 N. Hogan Street, Suite 700
          Jacksonville, Florida 32202-4270
          Tel. (904) 301-6300
          Fax. (904) 301-6310
          Email:  bonnie.glober@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

**William Charles Fletcher**
chuck@selingerfletcher.com

**Louis Robert Hardin, Jr**
louisrhardin@comcast.net

**James A. Hernandez**
lawjimhernandez@aol.com mdenisechasse@aol.com

**David Austin Makofka**
makofkalaw@hotmail.com

**M. Scotland Morris**
scot.morris@usdoj.gov
Thomas.DiVita@usdoj.gov;JAXDocket.Mailbox@usdoj.gov

**Frank A. Rubino**
frank@frankrubino.com criswis@aol.com

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

None.

By:  *s/ Bonnie A. Glober*
     BONNIE A. GLOBER
     Assistant United States Attorney