UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.     CASE NO. 3:05-cr-378-J-32HTS

TRAVIS SANTEL MOSS

**UNITED STATES' MOTION FOR
REDUCTION OF SENTENCE PURSUANT TO USSG §5K1.1**

Pursuant to 18 U.S.C. § 3553(e) and USSG §5K1.1, the United States of America, by and through the undersigned Assistant United States Attorney, hereby moves this Court to reduce the defendant's sentence based on substantial assistance to the government.

**I.     APPLICABLE LAW**

Upon motion by the government, the Court may depart from the Sentencing Guidelines and impose a sentence below the statutory minimum sentence to reflect a defendant's substantial assistance in the investigation or prosecution of another person who has committed an offense. 18 U.S.C. § 3553(e) and USSG §5K1.1. Substantial weight should be given to the government's evaluation of the extent of the defendant's assistance, particularly where the extent and value of the assistance are difficult to ascertain. USSG §5K1.1, Application Note 3.

**II.    SUBSTANTIAL ASSISTANCE BY DEFENDANT**

Defendant Moss has provided substantial assistance to the United States. The defendant has provided assistance to law enforcement in several drug investigations that has resulted in or assisted in prosecutions involving a total of more than ten

defendants and seizures of more than 20 kilograms of cocaine, other drugs, weapons, and more than $80,000 in drug proceeds. The defendant also has provided other valuable information to law enforcement, which the United States will describe at the sentencing hearing.

### III.   RECOMMENDATION

Based on the foregoing substantial assistance, the United States recommends that the Court reduce the defendant's sentence by six (6) offense levels.

WHEREFORE, the United States respectfully requests that the Court reduce the defendant's sentence in accordance with the foregoing.

>Respectfully submitted,
>
>PAUL I. PEREZ
>United States Attorney
>
>By:   *s/ M. Scotland Morris*
>M. SCOTLAND MORRIS
>Assistant United States Attorney
>USAO No. 092
>300 North Hogan Street, Suite 700
>Jacksonville, Florida  32202-4270
>Telephone:   (904) 301-6300
>Facsimile:   (904) 301-6310
>E-mail:       scot.morris@usdoj.gov

| | |
|---|---|
| U.S. v. MOSS | Case No. 3:05-cr-378-J-32HTS |

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

    Frank A. Rubino

I hereby certify that on December 5, 2006, a true and correct copy of the foregoing was mailed to the following non-CM/ECF participant(s):

    N/A

*s/ M. Scotland Morris*
M. SCOTLAND MORRIS
Assistant United States Attorney