UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED IN OPEN COURT
DEC 1 2 2006
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA
v.
TRAVIS SANTEL MOSS

CASE NO. 3:05-cr-378-J-32HTS

**Counsel for Government:**
M. Scotland Morris

**Counsel for Defendant:**
Frank A. Rubino

HONORABLE TIMOTHY J. CORRIGAN, UNITED STATES DISTRICT JUDGE
Courtroom Deputy: Mollie Pashayan
Court Reporter: Shannon Bishop          U.S. Probation: Parker Anderson

## CLERK'S MINUTES

**PROCEEDINGS OF SENTENCING:**

____ Evidentiary/contested: _____
____ United States' witnesses: _____
____ Defendant's witnesses: _____
____ United States' exhibits filed in evidence: _____
____ Defendant's exhibits filed in evidence: _____
_X_ Plea previously accepted.
_X_ Defendant adjudged guilty on Count **One of the Indictment**
_X_ Imprisonment: **THIRTY SEVEN (37) MONTHS**
_X_ Court recommends confinement in the State of Florida.
_X_ Court recommends to the BOP that defendant enroll in a residential substance abuse treatment program, pursuant to 18 U.S.C. § 3621(e).
_X_ Court recommends to the BOP that defendant enroll in any educational and vocational programs as are available.
____ Court recommends to the BOP that defendant receive mental health treatment.
_X_ Supervised Release: **FOUR (4) YEARS**
____ Probation: _____
_X_ Special Assessment: **$100.00** to be paid immediately.
____ Restitution: _____
_X_ Special conditions of supervised release/probation: _____

____ Defendant shall provide the Probation Officer access to any requested financial information.
____ Defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or obligating himself/herself for any major purchases without approval of the Probation Officer.
____ Defendant shall participate as directed in a program of mental health treatment.
_X_ Defendant shall participate as directed in a program for substance abuse treatment.
____ Defendant shall participate in the Home Detention program for a period of _____ days/months.
____ Defendant shall perform _____ hours of community service as directed by the Probation Officer.
____ If deported by the Bureau of Immigration and Customs Enforcement (BICE), the Defendant shall not re-enter the United States unless allowed to do so legally.
____ Mandatory drug testing suspended. Defendant poses a low risk.
_X_ Defendant shall cooperate in the collection of DNA as directed by the probation officer.

____ Count(s) _____ dismissed on motion of Assistant U.S. Attorney or pursuant to Plea Agreement.
____ Defendant is remanded to the custody of the U.S. Marshal.
_X_ Defendant shall surrender to the designated institution as notified by the U.S. Marshal.
_X_ Defendant advised of right to appeal and to counsel on appeal.
_X_ Other: **Motion to reduce Sentence (Doc. #168) is GRANTED.**

DATE: December 12, 2006                    TIME: 3:00 p.m. - 4:40 p.m.